ACCEPTED
03-15-00186-CV
6469216
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/12/2015 3:44:35 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00186-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/12/2015 3:44:35 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

_____

### GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS; AND
### KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellants*

**v.**

### STATEWIDE MATERIALS TRANSPORT, LTD.,
*Appellee.*

---

### JOINT MOTION
### FOR THIRD EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

---

TO THE HONORABLE THIRD COURT OF APPEALS:

On August 11, 2015, settlement discussions arose between the parties. Thus, both parties jointly move for a twenty-day extension of the Appellee's Brief deadline to allow these negotiations to continue and to potentially finalize a settlement of this pending matter. Appellee's current deadline is Monday, August 17. The parties seek an extension of this deadline until Tuesday, September 8 (following the Labor Day holiday on September 7).

1

## I.   INTRODUCTION

1.      Appellants are Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas ("Appellants").

2.      Appellee is Statewide Materials Transport, Ltd. ("Appellee").

3.      No rule provides a deadline to file this Motion to Extend.   *See* Tex. R. App. P. 38.6(d).

## II.   ARGUMENT & AUTHORITIES

4.      The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file Appellee's Brief.   This Motion is filed in accordance with Texas Rule of Appellate Procedure 10.5(b)(1).

5.      Appellee's Brief is currently due on Monday, August 17, 2015.

6.      Counsel for Appellants contacted counsel for Appellee on Tuesday, August 11, 2015, to discuss settlement possibilities.   Both parties intend to continue these discussions in good faith.   Both parties agree that it will be most efficient to extend the deadline for filing Appellee's Brief for a short period of time to allow these discussions to continue and potentially result in a final settlement of the case.

7.      The parties therefore jointly request a 20-day extension of Appellee's brief-filing deadline.

8.    The requested extension of Appellee's Brief deadline will not prejudice any party.

9.    Two extensions of time have previously been granted to Appellee regarding its Brief.

10.    The $10.00 filing fee has been submitted in connection with this Motion.

## III.   PRAYER

For these reasons, the Appellants and Appellee respectfully pray that this Court grant an extension of time to file Appellee's Brief from August 17 to September 8, 2015, which is 20 days from the current deadline.

Respectfully submitted,

**MARTENS, TODD, LEONARD, TAYLOR & AHLRICH**
301 Congress Ave., Suite 1950
Austin, Texas 78701
Telephone:   (512) 542-9898
Telecopier:   (512) 542-9899

By: <u>   */s/ Amanda G. Taylor*                   </u>
    Amanda Taylor
    ataylor@textaxlaw.com
    State Bar No. 24045921
    James F. Martens
    jmartens@textaxlaw.com
    State Bar No. 13050720
    Lacy L. Leonard
    lleonard@textaxlaw.com
    State Bar No. 24040561
    Danielle V. Ahlrich
    dahlrich@textaxlaw.com
    State Bar No. 24059215

    **ATTORNEYS FOR APPELLEE**
    **STATEWIDE MATERIALS**
    **TRANSPORT, LTD.**

**JOINED BY**

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

BY:   /s/ *Douglas D. Geyser*
     DOUGLAS D. GEYSER
     Assistant Solicitor General
     State Bar No. 24059817
     douglas.geyser@texasattorneygeneral.gov

     CHARLES K. ELDRED
     Assistant Attorney General
     charles.eldred@texasattorneygeneral.gov

     OFFICE OF THE ATTORNEY GENERAL
     P.O. Box 12548 (MC 059)
     Austin, Texas 78711-2548
     Tel.: (512) 936-2540
     Fax: (512) 474-2697

**COUNSEL FOR APPELLANTS GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS**

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that on August 12, 2015, counsel for Appellee has conferred with counsel for Appellants, both Mr. Douglas Geyser and Mr. Charles Eldred, and they agree to join in the relief requested by this Motion.

/s/ Amanda G. Taylor
Amanda G. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion for a Third Extension of Time to File Appellee's Brief has been electronically filed and served on all counsel below on August 12, 2015.

Douglas D. Geyser
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2540
(512) 474-2697 [fax]
douglas.geyser@texasattorneygeneral.gov

Charles Eldred
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL,
FINANCIAL AND TAX LITIGATION DIVISION
P.O. Box 12548
Austin, Texas 78711
(512) 463-1745
(512) 477-2348 [fax]
charles.eldred@texasattorneygeneral.gov

/s/ Amanda G. Taylor
Amanda G. Taylor